UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
GERARDO ACEVES, *et al.*,                         :
                                                :
                    Plaintiffs,          :
                                                :       25 Civ. 1486 (JPC)
           -v-                                  :
                                                :          <u>ORDER</u>
COINBASE GLOBAL, INC., *et al.*,        :
                                                :
                    Defendants.        :
                                                :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been assigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's transfer.  Any currently scheduled conference before the Court is adjourned pending further order of the Court.  Defendants shall answer, file a pre-motion letter in accordance with Individual Civil Rule 6.A, or otherwise respond to the Consolidated Class Action Complaint, Dkt. 27, by March 18, 2025.

       SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                                            JOHN P. CRONAN
                                                    United States District Judge