UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

GERARDO ACEVES, *et al.*,            :

                     Plaintiffs,       :

                         :            25 Civ. 1486 (JPC)

           -v-                    :

                         :               ORDER

COINBASE GLOBAL, INC., *et al.*,      :

                     Defendants.      :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for all parties are ordered to appear before the undersigned for a conference on December 18, 2025, at 4:00 p.m., to discuss next steps in this case. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. By December 11, 2025, Defendants should submit a letter of no more than five pages to the Court explaining (1) what arguments Defendants plan to make in their anticipated motion to dismiss, *see* Dkt. 47 at 2; (2) whether any of these arguments differ from those addressed in the Honorable Paul A. Engelmayer's decision denying Coinbase's motion for judgment on the pleadings in *Underwood v. Coinbase Glob., Inc.*, No. 21 Civ. 8353 (PAE), 2025 WL 438547 (S.D.N.Y. Feb. 7, 2025); and (3) why the Court should not resolve any arguments unique to this case now, while postponing decision as to any arguments that are also raised in *Underwood*. Any letter responses to Defendants' letter must be filed by December 15, 2025, and should not exceed three pages.

       SO ORDERED.

Dated: December 5, 2025
       New York, New York                    _____
                                            JOHN P. CRONAN
                                United States District Judge