December 9, 2025

<u>**Via ECF and Email**</u>

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

The request is granted.  The conference scheduled for December 18, 2025 is adjourned until January 8, 2026, at 10:00 a.m.    The Clerk of Court is respectfully directed to close Dkt. 54.

SO ORDERED
December 10, 2025

JOHN P. CRONAN
United States District Judge

RE:    *Aceves et al. v. Coinbase Global, Inc. et al*, No. 1:25-cv-01486-JPC

Dear Judge Cronan:

Pursuant to Rules 1.A and 3.B of Your Honor's Individual Rules and Practices, the parties respectfully submit this joint letter-motion in response to the Court's December 5, 2025 Order. (ECF No. 53.)  The parties will submit the requested letters on December 11, 2025 and December 15, 2025 as set forth in the Order.

With respect to the December 18, 2025 status conference, however, the parties are unavailable on that date and jointly request that the status conference be adjourned until January 6, 2026, assuming that date is convenient for the Court.  This is the first time that the parties have made a request for adjournment of a status conference.

The parties are available at the Court's convenience to address any questions regarding this request and appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Lara A. Flath*
Lara A. Flath
Alexander C. Drylewski
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Counsel for Defendants
Coinbase Global, Inc., Coinbase, Inc.
and Brian Armstrong*

*/s/ John T. Jasnoch*
John T. Jasnoch (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

*Counsel for Plaintiffs and Proposed Class*

cc: Counsel of Record (via ECF)