```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GERARDO ACEVES, et al.,                                                :
                                                                       :
                              Plaintiffs,                              :
                                                                       :         25 Civ. 1486 (JPC)
          -v-                                                          :
                                                                       :         ORDER
COINBASE GLOBAL, INC., et al.,                                         :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 12, 2026, Plaintiffs filed an Amended Complaint. Dkt. 68. By April 6, 2026, Defendants should file a premotion letter of not more than three pages, summarizing the basis for their anticipated motion to dismiss the Amended Complaint, which is due April 27, 2026. Defendants may, but are not required to, submit a letter response of not more than two pages by April 8, 2026.

SO ORDERED.

Dated: March 13, 2026
       New York, New York                         _____
                                                            JOHN P. CRONAN
                                                       United States District Judge